UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BAKER,<br><br>      Plaintiff,<br><br>      v.<br><br>S. CACOA, et al.,<br><br>      Defendants. | Case No.: 1:15-cv-00693-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM E-SERVICE PROCEDURES TO ENLARGE THE 25 PAGE LIMIT FOR COMPLAINT<br><br>(ECF No. 3) |

   Plaintiff Mike Baker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Currently before the Court is Plaintiff's motion for relief from e-service procedures to enlarge the twenty-five (25) page limit for complaint. (ECF No. 3.)

   Plaintiff initiated this action on May 6, 2015 by filing his complaint via this Court's e-service program. (ECF No. 1.) That same day, Plaintiff filed the instant motion for relief, attaching three (3) pages of his complaint that were not filed due to e-service page limitations. Plaintiff explains that his complaint exceeded the page limits because of the number of defendants and violations at issue. He requests that the Court grant his request to exceed the page limits. (ECF No. 8.) The Court has reviewed the three (3) additional pages Plaintiff seeks to add to his complaint, and they appear to contain a handful of brief, handwritten allegations summarizing certain claims against the defendants.

1

1 | For good cause shown, Plaintiff's request is GRANTED. Plaintiff's complaint, (ECF No. 1), is
2 | amended to add the three pages submitted with his motion for relief. (ECF No. 3).

4 | IT IS SO ORDERED.

5 | Dated:  **December 29, 2015**          /s/ *Barbara A. McAuliffe*
6 |                                          UNITED STATES MAGISTRATE JUDGE

2