# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. CACOA, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00693-AWI-BAM (PC)<br><br>ORDER REGARDING STIPULATED DISMISSAL OF ACTION<br><br>(Docs. 79, 80) |

Plaintiff Mike Baker is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court are stipulations for voluntary dismissal with prejudice filed by defense counsel as to all claims in this action. (Docs. 79, 80.) The stipulations are signed and dated by Plaintiff and counsel for all Defendants who have appeared in this action, and indicates that each party shall bear its own costs and fees.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated: __**July 18, 2018**__　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE